*I*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

**United States District Court**
**Southern District of Texas**
**FILED**

**OCT 0 9 2001**

**Michael N. Milby**
**Clerk of Court**

JORGE GRACIA, ET AL
      Plaintiff

V.

WAL-MART STORES, INC.
      Defendant

CASE NO. **B-01- 171**

---

### DEFENDANT, WAL-MART STORES, INC.'S NOTICE OF REMOVAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **WAL-MART STORES, INC.** (hereafter "Wal-Mart"), and

files its Defendant's Notice of Removal, and would show the Court as follows:

I.

On September 6, 2001 Plaintiff Jorge Gracia filed a class action lawsuit against Wal-Mart

in the 138th District Court of Cameron County, Texas, individually and on behalf of certain

Texas residents.  Wal-Mart was served by certified mail to Corporation Services Company, 800

Brazos, Austin Texas 78701.

II.

Federal jurisdiction is appropriate under 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441

because complete diversity of citizenship exists between the parties and the amount in

controversy exceeds $75,000.  At the time of the filing of this action and at all times since then

Wal-Mart has been an Arkansas corporation with its principle place of business in Arkansas.

Plaintiff Jorge Gracia states in his Original Petition in state court that he resides in Cameron

County, Texas. Alternatively, supplemental jurisdiction is appropriate over the unnamed class

members that do not meet the amount in controversy under 28 U.S.C. §1367.

Alternatively, federal removal jurisdiction is appropriate because this action is one over

which this court has jurisdiction under 28 U.S.C. § 1334, as amended, and is one which may be

removed to this court by Wal-Mart under 28 U.S.C. § 1452. It is a civil action related to the

bankruptcy of Plaintiff Jorge Gracia. Plaintiff's bankruptcy is presently pending before the

United States Bankruptcy Court, Corpus Christi division, Case No. 00-22716-B-13, styled "In

the Matter of Jorge Gracia. This is a non-core proceeding; Wal-Mart does not consent to entry of

final orders by the bankruptcy judge.

### III.

True copies of all documents required by Local Rule 81 and by Bankruptcy Local Rule

9027are attached in the Appendix.

### IV.

Notice of this removal has been provided to the state district court where this suit

originated, and notice has also been provided to the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendant Wal-Mart Stores, Inc. prays that

this action now pending against it in the 138th District Court of Cameron County, Texas be

removed therefrom to this Court.

Respectfully submitted,

Jaime Drabek
State Bar No. 06102410
Fed. I.D. No. 8643
DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

By: _____
Roger W. Hughes
State Bar No. 10229500
Fed. I.D. No. 5950
Charlie J. Cilfone
State Bar No. 08129310
Fed. I.D. No. 11416
Scott Clark
State Bar No. 00795896
Fed. I.D. No. 21676

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this ___ day of October, 2001, to the following counsel of record and interested parties:

Attorneys for Plaintiffs, JORGE GRACIA, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED :

Mr. Stephen Gardner                    **CMRRR # 7000 1530 0006 3370 3790**
LAW OFICE OF STEPHEN GARDNER, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rogers Freeway
Dallas, Texas 75201

Mr. John Ventura                       **CMRRR # 7000 1530 0006 3370 3806**
Mr. Conrad Bodden
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

_____
ROGER W. HUGHES

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JORGE GRACIA, ET AL
      Plaintiff

V.

                                       CASE NO. **B-01- 1 7 1**

WAL-MART STORES, INC.
      Defendant

---

### LIST OF ALL COUNSEL OF RECORD

---

Attorneys of record for Plaintiff, JORGE GRACIA, Individually and On Behalf of Others
Similarly Situated:

    Mr. Stephen Gardner
    State Bar No. 07660600
    Fed. I.D. No. _____
    **LAW OFICE OF STEPHEN GARDNER, P.C.**
    Woodall Rogers Tower, Ste. 1750
    1845 Woodall Rogers Freeway
    Dallas, Texas 75201
    Phone: 214/954-0663
    Fax:   214/871-8957

    Mr. John Ventura
    State Bar No. 20545700
    Fed. I.D. No.1646
    Mr. Conrad Bodden
    State Bar No. 00796220
    Fed. I.D. No. 21003
    **LAW OFFICES OF JOHN VENTURA, P.C.**
    62 E. Price Road
    Brownsville, Texas 78521
    Phone: 956/546-9398
    Fax:   956/542-1478

Counsel of Record for Defedant, WAL-MART STORES, INC.:

Mr. Jaime Drabek
State Bar No. 06102410
Fed. I.D. No.  8643
**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

Roger W. Hughes
State Bar No. 10229500
Fed. I.D. No. 5950
Charlie J. Cilfone
State Bar No. 08129310
Fed. I.D. No. 11416
Scott Clark
State Bar No. 00795896
Fed. I.D. No. 21676
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

Respectfully submitted,

Jaime Drabek
State Bar No. 06102410
Fed. I.D. No. 8643
**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

**ADAMS & GRAHAM, L.L.P.**

P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

By: _____
      Roger W. Hughes
      State Bar No. 10229500
      Fed. I.D. No.  6950
      Charlie J. Cilfone
      State Bar No. 08129310
      Fed. I.D. No.  11416
      Scott Clark
      State Bar No. 00795896
      Fed. I.D. No. 21676

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES, INC.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this _____ day of October, 2001, to the following counsel of record and interested parties:

Attorneys for Plaintiffs, JORGE GRACIA, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED :

Mr. Stephen Gardner                     **CMRRR # 7000 1530 0006 3370 3790**
LAW OFICE OF STEPHEN GARDNER, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rogers Freeway
Dallas, Texas 75201

Mr. John Ventura                        **CMRRR # 7000 1530 0006 3370 3806**
Mr. Conrad Bodden
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

_____
ROGER W. HUGHES

United States District Court
Southern District of Texas
FILED

OCT 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JORGE GRACIA, ET AL
      Plaintiff

V.

CASE NO. **B-01-·171**

WAL-MART STORES, INC.
      Defendant

---

## INDEX OF MATTERS BEING FILED

---

1.    Correspondence to the U.S. District Court Clerk

2.    Index of Matters Being Filed

3.    Civil Cover Sheet

4.    List of All Counsel of Record

5.    Notification of Removal

        Exhibit "A"

1.    District Court's Civil Docket Sheet

2.    Plaintiff's Original Petition

3.    Citation and Return of Service

4.    Defendant's Original Answer

5.    Defendant's Jury Demand

6.    Notice of Removal

---

Respectfully submitted,

Jaime Drabek
State Bar No. 06102410
Fed. I.D. No. 8643
**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

By: _____
      Roger W. Hughes
      State Bar No. 10229500
      Fed. I.D. No.  5950
      Charlie J. Cilfone
      State Bar No. 08129310
      Fed. I.D. No.  11416
      Scott Clark
      State Bar No. 00795896
      Fed. I.D. No. 21676

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES, INC.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this _____ day of October, 2001, to the following counsel of record and interested parties:

---

Attorneys for Plaintiffs, JORGE GRACIA, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED :

Mr. Stephen Gardner   **CMRRR # 7000 1530 0006 3370 3790**
LAW OFICE OF STEPHEN GARDNER, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rogers Freeway
Dallas, Texas 75201

Mr. John Ventura    **CMRRR # 7000 1530 0006 3370 3806**
Mr. Conrad Bodden
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

ROGER W. HUGHES

# CIVIL DOCKET - JUDGE'S ENTRIES

## RULE 26-TRCP

PAGE: 01

CASE NO.  2001-09-003967-B

RUN DATE \AN
RUN TIME ※※

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | | | | |
|---|---|---|---|---|---|---|
| | | | MONTH | DAY | YEAR | |
| | | | | DATE OF FILING | | |
| JORGE GRACIA, ET AL | 00591301 STEPHEN GARDNER 1845 WOODALL RODGERS FREEWAY DALLAS, TEXAS    75201 0000 | (10) DECLARATORY JUDGMENT | | | | |
| VS | | | | | | |
| WAL-MART | | | | | | |

JURY
RULES
PAID BY

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
|---|---|
| | |

CAUSE NO. *2001-09-3967-B*

| | | |
|---|---|---|
| JORGE GRACIA, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | § § § § | IN THE DISTRICT COURT |
| PLAINTIFF, | § § | |
| VS. | § § § | OF CAMERON COUNTY, TEXAS |
| WAL-MART, | § § | |
| DEFENDANT | § | *138*th JUDICIAL DISTRICT |

PLAINTIFF'S ORIGINAL PETITION

To the Honorable Judge of the Court:

Plaintiff, Jorge Gracia ("hereinafter Gracia"), complains of Wal-Mart, Defendant, by way of a class action, and shows the Court the following:

I.

INTRODUCTION

1. This is an individual and class action for damages and injunctive relief for Wal-Mart's violations of the Texas Debt Collection Practices Act, Texas Finance Code Chapter 392 ("Texas Act"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

2. Gracia brings this class action on behalf of himself and on behalf of all other consumers in this state who are similarly situated, seeking declaratory relief, money damages, restitution, and a preliminary and permanent injunction forcing Wal-Mart to stop its illegal practices.

II.

## DISCOVERY LEVEL

3.    This is a level 3 case filing pursuant to Rule 190.3, Texas Rules of Civil Procedure.

III.

## VENUE

4.    Venue is proper in Cameron County, Texas because some of the acts complained of

occurred in Cameron County, Texas.

IV.

## PARTIES

5.    Gracia is a natural person residing in Cameron County, Texas. Gracia, and each of

the other members of the class, is a "consumer" as defined in the Texas Act.

6.    Wal-Mart is an out-of-state corporation engaged in the business of collecting debts in

this judicial district and elsewhere in this state. Wal-Mart is a "debt collector" as

defined by the Texas Act. Wal-Mart can be served through its registered agent,

Corporation Services Company, 800 Brazos, Austin Texas 78701.

V.

## CLASS ACTION ALLEGATIONS

7.    Gracia sues on his own behalf and, as a class representative, sues on behalf of (1) a

class of all consumers residing in Texas who have been the victims of the illegal acts

of Wal-Mart that violated the Texas Act, beginning on or after two years prior to the

date this Complaint is filed.

8.    Gracia brings this lawsuit as a class action because on information and belief (1) the

class is so numerous that joinder of all members is impractible, (2) there are

questions of law and fact common to the class (3) his claims are typical of the claims of the class, and (4) he can and will fairly and adequately protect the interests of the class. Questions of whether, and to what extent, Wal-Mart engaged in the practices described herein, whether it did so intentionally or knowingly, and whether it thereby violated the law will be common to all members of the class.

9.    The questions of law and fact common to the members of the class dominate over questions affecting only individual members. The prosecution of individuals actions by or against class members would create a risk of inconsistent or varying adjudications with respect to individual class members which would establish incompatible standards of conduct for Wal-Mart.

10.    A class action is superior to other available methods for the fair and efficient adjudication of the controversy. It is appropriate to maintain this lawsuit as a class action because Wal-Mart acted on grounds generally applicable to the class, thereby making both preliminary and final injunctive and declaratory relief appropriate with respect to the class as a whole.

11.    Gracia's claims are typical of the claims of the class as a whole. He can and will fairly and adequately protect the interests of the class because he has retained experienced counsel to represent the class, he has no conflict of interest with the class, and he brings this lawsuit specifically for the protection of consumers who have been and will be defrauded by these practices, and not solely to recover his personal damages.

12.    Whenever in this Complaint it is alleged that Wal-Mart did any act, it is meant that Wal-Mart performed or participated in the act, or the officers, agents or employees of

Wal-Mart performed or participated in the act on behalf of and under the actual, vicarious or apparent authority of Wal-Mart.

## VI.

## CONDITIONS PRECEDENT

13.    All conditions precedent to the filing of this case have been performed, have occurred, or have been satisfied.

## VII.

## FACTS

14.    In collecting debts, Wal-Mart engaged in variety of illegal acts and practices using letters similar to the letter dated February 25, 2001, that it sent to Gracia. This letter is attached hereto as Exhibit 1 and incorporated herein by this reference. These acts and practices include the following:

- Wal-Mart falsely represented that if Gracia and other debtors did not contact it to resolve the matter, it would take further legal action to collect a debt when, on information and belief, it did not plan to do so and did not in fact do so.

- Wal-Mart threatened Gracia with possible arrest for non-payment of an alleged debt without proper court proceedings and without authority to prosecute any crimes.

- Wal-Mart falsely implied Gracia had been charged with a criminal action when in fact Gracia has not violated any criminal laws.

## VIII.

## FIRST CAUSE OF ACTION

## REQUEST FOR DECLARATORY JUDGMENT

15.     Plaintiff seeks a declaratory judgment from this Court that Wal-Mart regularly

        engages in the practices described herein and that these practices violate the Texas

        Act.

## IX.

## SECOND CAUSE OF ACTION

## REQUEST FOR RELIEF PURSUANT TO TEXAS ACT

16.     By the actions set forth above, Wal-Mart violated the Texas Debt Collection Act.

17.     As a result of the above violations of the Texas Act, Wal-Mart is liable to Plaintiff

        and the class for actual damages, statutory damages, and costs and reasonable

        attorneys' fees.  The conduct of Wal-Mart as described above has made it necessary

        for Plaintiff to retain the services of the attorneys whose names are subscribed to this

        petition.  Plaintiff therefore entitled to recover from Wal-Mart additional sums to

        compensate the Plaintiff for the attorneys' services in the preparation and prosecution

        of this action as well of this action as well as a reasonable fee for any and all appeals

        to other courts.

18.     On behalf of himself and of each class member, Plaintiff seeks an order of the Court

        directing Wal-Mart to restore to all class members all money obtained by Wal-Mart

        through the threat of criminal prosecution or any other illegal act.

19.     In addition, Plaintiff seeks an award of costs, attorneys' fees and any other punitive

        damages.

## X.

### DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

Respectfully Submitted,

By: _____

STEPHEN GARDNER
Law Office of Stephen Gardner, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rodgers Freeway
Dallas Texas 75201
Phone: (214) 954-0663
Fax:    (214) 871-8957

**LAW OFFICES OF JOHN VENTURA, P.C.**
**JOHN VENTURA**
Texas Bar No. 20545700
**CONRAD BODDEN**
Texas Bar No. 00796220
62 E. Price Rd.
Brownsville Texas 78521
Phone: (956) 546-9398
Fax:    (956) 542-1478

# EXHIBIT "1"

CViPDF - www.fastio.com

WAL-MART STORES, INC.
PO BOX 2844
TUSCALOOSA, AL  35403-2844
49119011



WAL-MART STORES, INC.

JORGE L GRACIA
GRANDE E
1554 CALLE RANCHO
SAN BENITO, TX  78586

**DATE: 02/25/2001**
**STORE NUMBER : 8126**
**CHECK ACCOUNT : 0664155041**
**CHECK NUMBER : 1019**
**CHECK DATE : 01/07/2001**
**CHECK AMOUNT : $73.59**
**CHECK FEE : $25.00**
**TOTAL DUE : $98.59**
**CONTROL NUMBER : 49119011**

## FINAL NOTICE

You are being notified that the above listed check payable to SAMS CLUB 8126/BROWNSVILLE, TX has been dishonored.

Attention: Jorge Gracia

This statutory notice is provided pursuant to Texas Law (ART.102.0071). This is a demand for payment in full for a check or order not paid because of a lack of funds or insufficient funds. If you fail to make payment in full within 10 days after the date of receipt of this notice, the failure to pay creates a presumption for committing an offense, and this matter may be referred for criminal prosecution.

A person charged with an offense under this section may make restitution for the bad checks. Restitution shall be made through the prosecutor's office if collection and processing were initiated through that office. In other cases restitution may, with the approval of the court in which the offense is filed, be made through the court.

Taking care of this obligation is in your best interest and if you fail to do so:
    1. Pursuit of legal remedies allowable by law will begin.
    2. Your credit could be impacted.
    3. Your check writing privileges will be suspended until payment is received in full.
Make your payment at one of the following places:
    1. Money Order or cash at SAMS CLUB 8126/BROWNSVILLE, TX
    2. Western Union (for information call 1-800-425-0075)
    3. Money Order to P.O. Box 2844, Tuscaloosa, AL  35403-2844
    PARTIAL PAYMENTS, PERSONAL CHECKS AND CASH ARE NOT ACCEPTED

Unless this amount is paid in full within the specified time above, all legal remedies available will be pursued.

If you would like to have your returned check returned, please enclose a self addressed stamped envelope, otherwise when payment is received, the check will be destroyed.
        To receive proper credit on your account return this portion with your payment.

JORGE L. GRACIA
GRANDE E
1554 CALLE RANCHO
SAN BENITO, TX  78586

**CONTROL # : 49119011**
**DATE : 02/25/2001**
**STORE NUMBER : 8126**
**CHECK ACCOUNT : 0664155041**
**CHECK NUMBER : 1019**
**CHECK DATE : 01/07/2001**
**CHECK AMOUNT : $73.59**
**CHECK FEE : $25.00**
**TOTAL DUE : $98.59**

**Please Send Payment To:**
**WAL-MART STORES, INC.**
**P.O. BOX 2844**
**TUSCALOOSA, AL 35403-2844**

NOCTTX0699

Citation for Personal Service  - BY CERTIFIED MAIL   Lit. Seq. # 5.002.01

No. 2001-09-003967-B

ORIGINAL

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: WAL-MART
    SERVING REGISTERED AGENT
    CORPORATION SERVICES COMPANY
    800 BRAZOS
    AUSTIN, TEXAS 78701

the _____DEFENDANT_____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____PETITION_____ was filed on SEPTEMBER 06, 2001.  A copy of same accompanies this citation.

The file number of said suit being No. 2001-09-003967-B.

The style of the case is:

JORGE GRACIA, ET AL
VS.
WAL-MART

Said petition was filed in said court by _____STEPHEN GARDNER_____ (Attorney for _____PLAINTIFF_____ ), whose address is 1845 WOODALL RODGERS FREEWAY   DALLAS, TEXAS   75201

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 6th day of SEPTEMBER, A.D. 2001.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: Jessica Senata , Deputy

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

ATTACH RETURN RECEIPTS WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a)(2): The citation
shall be served by mailing to
the defendant by Certified Mail,
Return Receipt Requested, a true
copy of the citation.

Sec. 17.027, Rules of Civil
Practice and Remedies Code, if
not prepared by Clerk of Court.

NAME OF PREPARER            TITLE

ADDRESS

CITY            STATE        ZIP

---

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the __6th__ of

__SEPTEMBER 2001__,  I mailed to

__WAL-MART__

by registered mail or certified mail, with
delivery restricted to addressee only,
return receipt requested, a true copy of
this citation with a copy of the petition
attached hereto.

CERTIFIED MAIL NO. __1461470357__
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

__AURORA DE LA GARZA__, District Clerk
Cameron County, Texas

BY: _Jessica Sellata_, Deputy

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

WAL-MART S/B/A CORP .
SERVING REGISTERED AGENT
CORPORATION SERVICES COMPANY
800 BRAZOS
AUSTIN, TEXAS 78701

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0014 6477 0357

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage          $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

WAL-MART S/B/A CORP . SERVICES CO.
800 BRAZOS
AUSTIN, TEXAS 78701

7099 3400 0014 6477 0357



FILED _____ 
AURORA ____

OCT 08 2001

DISTRICT COURT OF CAMERON COUNTY, TEX.
JOSY MENDEZ DEPU

CAUSE NO. 2001-09-3967-B

| | | |
|---|---|---|
| JORGE GRACIA, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND ON BEHLAF OF OTHERS | § | |
| SIMILARLY SITUATED | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | OF CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART | § | |
| | § | |
| DEFENDANT | § | 138TH JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF DEFENDANT, WAL-MART, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant WAL-MART, INC. in the above-styled and numbered cause, and files this its Original Answer in reply to Plaintiff's Original Petition and in connection therewith would respectfully show unto the Court the following:

I.

### General Denial

Come again this Defendant by and through undersigned counsel and without the benefit of discovery, and herewith enter its general denial in accordance with Rule 92 of the Texas Rules of Civil Procedure, thereby, under the law, generally denying the allegations contained in the Plaintiff's Original Petition, and, pursuant to the law, placing the burden of proof upon the Plaintiff to prove each and every material allegation in his petition contained.

II.

In the alternative, and without waiving the foregoing, if Plaintiff seeks to claim that any violation of TEX. FIN. CODE, Chapter 392, is also a violation of the Texas Deceptive Trade Practices-Consumer

Protection Act, TEX. BUS. & COMM. CODE, § 17.41, et seq., then Defendant denies receiving notice as

required by TEX. BUS. & COMM. CODE, § 17.505.

III.

In the alternative, and without waiving the foregoing, Defendant would show the Court that

certain parts of Exhibit 1 to Plaintiff's Original Petition are in the statutory language mandated by TEX.

PENAL CODE, §§ 31.06(b)(3), and 32.41(c)(3), and are therefore not actionable.

IV.

Defendant reserves the right to plead such other matters in defense or mitigation as further

discovery may show itself entitled to plead.

WHEREFORE, PREMISES CONSIDERED, this Defendant prays that upon final hearing hereof

that Plaintiff not recover as prayed for in Plaintiff's Original Petition, and for such other and further

relief, at law or in equity, as it may show itself justly entitled to receive.

Respectfully submitted,

Jaime Drabek
State Bar No. 06102410
DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

By: _____
Roger W. Hughes
State Bar No. 10229500
Charlie J. Cilfone
State Bar No. 08129310
Scott Clark
State Bar No. 00795896

ATTORNEYS FOR DEFENDANT,
WAL-MART, INC.

ORIGINAL ANSWER OF DEFENDANT, WAL-MART, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this _8th_ day of October, 2001, to the following counsel of record and interested parties:

Attorneys for Plaintiffs, JORGE GRACIA, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED :

Mr. Stephen Gardner        **CMRRR # 7000 1530 0006 3370 3776**
LAW OFFICE OF STEPHEN GARDNER, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rogers Freeway
Dallas, Texas 75201

Mr. John Ventura        **CMRRR # 7000 1530 0006 3370 3783**
Mr. Conrad Bodden
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

ROGER W. HUGHES



CAUSE NO. 2001-09-3967-B

JORGE GRACIA, INDIVIDUALLY      §        IN THE DISTRICT COURT
AND ON BEHLAF OF OTHERS         §
SIMILARLY SITUATED              §
                                §
        PLAINTIFF,              §
                                §
VS.                             §        OF CAMERON COUNTY, TEXAS
                                §
WAL-MART                        §
                                §
        DEFENDANT               §        138TH JUDICIAL DISTRICT

---

## JURY DEMAND OF DEFENDANT, WAL-MART, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, the Defendant, **WAL-MART, INC.** has deposited with the District Clerk of Cameron County, the jury fee of Thirty-Five and no/100 Dollars ($35.00) and does make this, its Jury Demand, in the above-styled and numbered cause.

Respectfully submitted,

Jaime Drabek
State Bar No. 06102410
DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

By: _____

      Roger W. Hughes
      State Bar No. 10229500
      Charlie J. Cilfone
      State Bar No. 08129310
      Scott Clark
      State Bar No. 00795896

ATTORNEYS FOR DEFENDANT,
WAL-MART, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this _____ day of October, 2001, to the following counsel of record and interested parties:

---

Attorneys for Plaintiffs, JORGE GRACIA, INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY SITUATED :

Mr. Stephen Gardner      **CMRRR # 7000 1530 0006 3370 3776**
LAW OFICE OF STEPHEN GARDNER, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rogers Freeway
Dallas, Texas 75201

Mr. John Ventura      **CMRRR # 7000 1530 0006 3370 3783**
Mr. Conrad Bodden
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

ROGER W. HUGHES

---

JURY DEMAND OF DEFENDANT, WAL-MART, INC.

CAUSE NO. 2001-09-3967-B

FILED
AURORA DE LA GARZA DISTRICT CLERK

OCT 08 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
JOSY MENDEZ   DEPUTY

| | | |
|---|---|---|
| JORGE GRACIA, INDIVIDUALLY | § | IN THE DISTRICT COURT |
| AND ON BEHLAF OF OTHERS | § | |
| SIMILARLY SITUATED | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | OF CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART | § | |
| | § | |
| DEFENDANT | § | 138TH JUDICIAL DISTRICT |

## DEFENDANT, WAL-MART, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant **WAL-MART, INC.** (hereafter "Wal-Mart"), and files its

Defendant's Notice of Removal, and would show the Court as follows:

I.

This case has been removed to the United States District Court for the Southern District

of Texas, Brownsville Division.

II.

A copy of the removal papers filed with the United States District Court and the notice

served on Plaintiff Jorge Gracia are attached.

Respectfully submitted,

Jaime Drabek
State Bar No. 06102410
DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544
956/428-4880 (FAX)

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495
956/428-2954 (FAX)

By: _____
Roger W. Hughes
State Bar No. 10229500
Charlie J. Cilfone
State Bar No. 08129310
Scott Clark
State Bar No. 00795896

ATTORNEYS FOR DEFENDANT,
WAL-MART, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document

was forwarded on this _____ day of October, 2001, to the following counsel of record and

interested parties:

Attorneys for Plaintiffs, JORGE GRACIA, INDIVIDUALLY, AND ON BEHALF OF OTHERS
SIMILARLY SITUATED :

Mr. Stephen Gardner                     **CMRRR # 7000 1530 0006 3370 3776**
LAW OFICE OF STEPHEN GARDNER, P.C.
Woodall Rogers Tower, Ste. 1750
1845 Woodall Rogers Freeway
Dallas, Texas 75201

Mr. John Ventura                        **CMRRR # 7000 1530 0006 3370 3783**
Mr. Conrad Bodden
LAW OFFICES OF JOHN VENTURA, P.C.
62 E. Price Road
Brownsville, Texas 78521

ROGER W. HUGHES