

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Jorge Gracia,** Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. B-01-171 |
| **Wal-Mart Stores, Inc.,** | § § | |
| Defendant. | § § | |

### Certificate of Financially Interested Entities

Pursuant to the October 9, 2001, Order of the Court, Plaintiff hereby lists all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as such are known to Plaintiff or his counsel as of this date:

Plaintiff Jorge Gracia

Absent class members

Defendant <u>Wal-Mart Stores, Inc</u>.

In addition to the parties, counsel for plaintiff and counsel for defendant may be considered financially interested and are therefore disclosed by firm:

Law Office of Stephen Gardner, PC

Law Offices of John Ventura, P.C.

Drabek & Associates

Adams & Graham, L.L.P.

**Certificate of Financially Interested Entities, page 1**

|  | Respectfully submitted, |
|---|---|
| John Ventura | Stephen Gardner |
| Texas State Bar Number 20545700 | Texas State Bar Number 07660600 |
| Conrad Bodden | Law Office of Stephen Gardner, PC |
| Texas State Bar Number 00796220 | 1845 Woodall Rodgers Freeway, Suite 1750 |
| Law Offices of John Ventura, P.C. | Dallas, Texas 75201 |
| 62 E. Price Road | Telephone:   214/954-0663 |
| Brownsville Texas 78521 | Telecopier:   214/871-8957 |
| Telephone:   956/546-9398 | Counsel for Plaintiff and the Class |
| Telecopier:   956/542-1478 |  |
| Counsel for Plaintiff and the Class |  |

by: *[signature]*

Stephen Gardner,
Counsel for Plaintiff and the Class

## Certificate of Service

I certify that a true and correct copy of this document was served on all counsel of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on October 18, 2001.

*[signature]*

Stephen Gardner

Certificate of Financially Interested Entities, page 2