# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

| | | |
|---|---|---|
| JORGE GRACIA, Individually and on behalf of all others similarly situated | § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-171 |
| WAL-MART STORES, INC. | § § | |

TYPE OF CASE     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING·

**HEARING ON PLAINTIFF'S MOTION TO REMAND AND BRIEF IN SUPPORT**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE·                                              ROOM NO

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME

                                                **DECEMBER 12, 2001 AT 1:30 P.M.**

                                                JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE    NOVEMBER 26, 2001

TO      MR JOHN VENTURA
        MR. ROGER HUGHES
        MR JAIME DRABEK

*Filed stamp: NOV 27 2001, United States District Court, Southern District of Texas*