7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JORGE GRACIA, Individually and on behalf of all others similarly situated | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-171 |
| WAL-MART STORES, INC. | § § | |

TYPE OF CASE:  __X__ CIVIL    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING

**HEARING ON PLAINTIFF'S MOTION TO REMAND AND BRIEF IN SUPPORT**

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME. |
|---|---|
| **DECEMBER 12, 2001 AT 1:30 P.M.** | **JANUARY 11, 2002 AT 1:30 P.M.** |

JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE    NOVEMBER 27, 2001

TO.    MR. JOHN VENTURA
       MR. ROGER HUGHES
       MR JAIME DRABEK