

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Jorge Gracia,** | § | |
| Individually and on behalf of | § | |
| all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-01-171 |
| | § | |
| **Wal-Mart Stores, Inc.,** | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Jorge Gracia and Defendant Wal-Mart Stores, Inc., asking this Honorable Court to continue the hearing on Plaintiff's Motion for Remand from January 11, 2002 to February 6, 2002.

### A. Introduction

1. Plaintiff has brought suit, individually and on behalf of others similarly situated, against Defendant seeking damages and injunctive relief for violations of the Texas Debt Collection Practices Act.

2. Plaintiff's Motion for Remand is currently set for hearing on January 11, 2002 at 1:30p.m.

### B. Request for Continuance

3. All parties ask the court to continue the hearing set for January 11, 2002 because the parties are currently involved in settlement negotiations and have a good faith believe that this case

is close to settlement.

4. Parties request that the Plaintiff's Motion for Remand be continued to February 6, 2002 at which time a status conference is set.

5. Attorneys for the Plaintiff and Defendant agree to this continuance and have signed this agreed motion.

6. This request for continuance is not for delay only, but that justice may be done.

## C. Prayer

7. For these reasons, the parties ask the court to continue the case until February 6, 2002.

Respectfully submitted,

Stephen Gardner
State Bar No. 07660600
Law Office of Stephen Gardner, P.C.
Woodall Rogers Tower, Suite 1750
1845 Woodall Rodgers Freeway
Dallas, Texas 75201
Phone (214) 954-0663
Fax (214) 871-8957

Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521
Phone (956) 546-9398
Fax (956) 542-1478

By: _____
John Ventura
State Bar No. 20545700
Federal ID No. 1646
**Attorneys for Plaintiff**

ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Phone (956) 428-7495
Fax (956) 428-2954


By: _____
    Roger W. Hughes
    State Bar No. 10229500
    Federal ID No. 5950
**Attorneys for Defendant**


## CERTIFICATE OF SERVICE

I certify that I sent a copy of the above-referenced Agreed Motion for Continuance to each attorney in charge listed below on January 10, 2002 by the method indicated next to the attorney's name.

By: _____
    John Ventura

| | |
|---|---|
| Roger W. Hughes<br>ADAMS & GRAHAM, L.L.P.<br>P.O. Drawer 1429<br>Harlingen, Texas 78551-1429<br>Phone (956) 428-7495<br>Fax (956) 428-2954 | **VIA FAX (956) 428-2954** |
| Jaime Drabek<br>Drabek & Associates<br>1720 E. Harrison, Suite B<br>Harlingen, Texas 78550 | **VIA FAX (956) 428-4880** |

## **CERTIFICATE OF CONFERENCE**

I certify that on January 10, 2002, I conferred with opposing counsel and he does not oppose the Agreed Motion for Continuance and files this motion jointly with Plaintiff's Counsel.

By: _____
    John Ventura