9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Jorge Gracia**, | § | |
| Individually and on behalf of | § | |
| all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-01-171 |
| | § | |
| **Wal-Mart Stores, Inc.**, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON AGREED MOTION FOR CONTINUANCE

On __10 JAN__, 2002, the court considered the Agreed Motion for Continuance.

After considering the motion, the court GRANTS the motion and continues the hearing on Plaintiff's

Motion for Remand to February 6, 2002 at __1:30 P__.m.

SIGNED __10 JAN__, 2002.

_____
U.S. ~~District~~ Judge
MAGISTRATE