/0

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Jorge Gracia,** | § | |
| Individually and on behalf of | § | |
| all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-01-171 |
| | § | |
| **Wal-Mart Stores, Inc.,** | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR CONTINUANCE OF PLAINTIFFS' MOTION FOR REMAND AND STATUS CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Jorge Gracia and Defendant Wal-Mart Stores, Inc., asking this Honorable Court to continue the hearing on Plaintiff's Motion for Remand and Status Conference from February 6, 2002 to March 5, March 6, or March 8, 2002.

### A. Introduction

1. Plaintiff has brought suit, individually and on behalf of others similarly situated, against Defendant seeking damages and injunctive relief for violations of the Texas Debt Collection Practices Act.

2. A Status Conference and a hearing on Plaintiff's Motion for Remand are currently set for February 6, 2002 at 1:30p.m.

### B. Request for Continuance

3. All parties ask the court to continue the Status Conference and Motion for Remand hearing

set for February 6, 2002 because the parties are currently involved in settlement negotiations and have a good faith believe that this case will settle by March 5, 2002. Previously, a continuance on the hearing for Plaintiff's Motion for Remand was granted as settlement discussions were ongoing. Since that time, all issues have been resolved except for the amount of fees to be paid to Plaintiffs' attorneys.

4. Parties request that the hearing on Plaintiff's Motion for Remand and the status conference currently set for February 6, 2002 both be continued and set for March 5, March 6, or March 8, 2002.

5. Attorneys for the Plaintiff and Defendant agree to these continuances and have signed this agreed motion.

6. This request for continuance is not for delay, but that justice may be done.

## C. Prayer

7. For these reasons, the parties ask the court to continue the hearing on Plaintiff's Motion to Remand and Status Conference to March 5, March 6, or March 8, 2002.

Respectfully submitted,

*Stephen Gardner* by permission *John Ventura*
Stephen Gardner
State Bar No. 07660600
Law Office of Stephen Gardner, P.C.
Woodall Rogers Tower, Suite 1750
1845 Woodall Rodgers Freeway
Dallas, Texas 75201
Phone (214) 954-0663
Fax (214) 871-8957

Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521
Phone (956) 546-9398
Fax (956) 542-1478

By: */s/ John Ventura*
John Ventura
State Bar No. 20545700
Federal ID No. 1646
**Attorneys for Plaintiff**

ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Phone (956) 428-7495
Fax (956) 428-2954

By: *Roger Hughes by permission John Ventura*
Roger W. Hughes
State Bar No. 10229500
Federal ID No. 5950
**Attorneys for Defendant**

CERTIFICATE OF SERVICE

I certify that I sent a copy of the above-referenced Agreed Motion for Continuance to each attorney in charge listed below on January 24, 2002 by the method indicated next to the attorney's name.

By: */s/ John Ventura*
John Ventura

Roger W. Hughes                    **VIA FAX (956) 428-2954**
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429
Phone (956) 428-7495

Fax (956) 428-2954

Jaime Drabek
Drabek & Associates
1720 E. Harrison, Suite B
Harlingen, Texas 78550

**VIA FAX (956) 428-4880**

## CERTIFICATE OF CONFERENCE

I certify that on January 24, 2002, I conferred with opposing counsel and he does not oppose the Agreed Motion for Continuance and files this motion jointly with Plaintiff's Counsel.

By: _____
John Ventura