11

United States District Court
Southern District of Texas
ENTERED

JAN 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Jorge Gracia**, | § | |
| Individually and on behalf of | § | |
| all others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. B-01-171 |
| | § | |
| **Wal-Mart Stores, Inc.**, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO REMAND

On _28 January_, 2002, the court considered the Agreed Motion for Continuance. (Docket No. 10)

After considering the motion, the court GRANTS the motion and continues the hearing on Plaintiff's Motion for Remand to March _5th_, 2002 at _2:00 P._.m.

SIGNED _28 January_, 2002.

_____
U.S. ~~District~~ Judge
MAGISTRATE