/2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

JORGE GRACIA, Individually and on behalf §
of all others similarly situated §
§
VS. §          CIVIL ACTION NO. B-01-171
§
WAL-MART STORES, INC. §

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been PASSED.**

TYPE OF PROCEEDING·

**INITIAL PRETRIAL CONFERENCE**

PLACE.                                              ROOM NO

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME CONFERENCE HAD BEEN SET:

                                                **FEBRUARY 6, 2002 AT 1:30 P.M.**

                                                _____
                                                JOHN WM. BLACK, U S  MAGISTRATE JUDGE

DATE:     FEBRUARY 1, 2002

TO·     MR. JOHN VENTURA
        MR. ROGER HUGHES
        MR. JAIME DRABEK