IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE GRACIA, Individually and on behalf of all others similarly situated <br><br> v. <br><br> Wal-Mart Stores, Inc. | § § § § § § § § |

Civil Action No. B-01-171

United States District Court
Southern District of Texas
FILED

FEB 2 5 2002

Michael N. Milby
Clerk of Court

## NOTICE OF APPEARANCE AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

Stephen Gardner of the Law Office of Stephen Gardner PC, enters his appearance as lead counsel for Plaintiff and the class. John Ventura and the Law Offices of John Ventura, P.C. remains as co-counsel for Plaintiff and the class.

Respectfully submitted,

John Ventura
State Bar No. 20545700
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, TX 78521
Telephone: 956/546-9398
Facsimile: 956/542-1478
Co-Counsel for Plaintiff and the Class

Stephen Gardner
State Bar No. 07660600
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Fwy., Ste. 1750
Dallas, TX 75201
Telephone: 214/954-0663
Facsimile: 215/871-8957
Lead Counsel for Plaintiff and the Class

By: _____
Stephen Gardner
Lead Counsel for Plaintiff and the Class

NOTICE OF APPEARANCE AS COUNSEL OF RECORD - Page 1

## Certificate of Service

I certify that a true and correct copy of this document was served on all counsel of record, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on February 19, 2002.

_____
Stephen Gardner

NOTICE OF APPEARANCE AS COUNSEL OF RECORD - Page 2