*14*

THE HONORABLE JOHN WM. BLACK

HEARING ON PLAINTIFF'S MOTION FOR REMAND
AND INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 0 5 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-171         DATE & TIME:   03-05-02 AT 2:00 P.M.

JORGE GARCIA, ET AL.              PLAINTIFF(S)   JOHN VENTURA
                                  COUNSEL

VS.

WAL-MART STORES, INC.             DEFENDANT(S)   ROGER HUGHES
                                  COUNSEL        JAIME DRABEK

---

ERO: Linda Garcia
CSO: Richard Harrelson

    Attorneys John Ventura and Roger Hughes appeared.

    The case has been settled.

    Set for status conference in 45 days.