/ᒉ

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

### ORDER

United States District Court
Southern District of Texas
**ENTERED**

**MAR 0 7 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE GRACIA, Individually and on behalf of all others similarly situated | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-171 |
| WAL-MART STORES, INC. | § | |

TYPE OF CASE·      __X__ CIVIL                                      ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                        ROOM NO .

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME CONFERENCE HAD BEEN SET·

**APRIL 18, 2002 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE·    MARCH 5, 2002

TO      MR. JOHN VENTURA
        MR. ROGER HUGHES
        MR. JAIME DRABEK