IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE GRACIA, individually and on behalf of all similarly situated persons,     Plaintiffs | § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-171 |
| WAL-MART STORES, INC.     Defendant. | § § § § | |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

JORGE GRACIA, Plaintiff, and WAL-MART STORES, INC., Defendant, hereby jointly move the Court to enter a Final Judgment in this matter and show as follows:

1. This case was filed as both an individual action and as a class action for damages and injunctive relief for Defendant's alleged violations of the Texas Debt Collection Act, Tex. Fin. Code § 392.001 *et seq.* ("TDCA") and the Texas Deceptive Trade Practices Act, Tex. Bus. & Com. Code Ann. § 17.41, *et seq.* ("DTPA").

2. The parties have settled their disputes, as reflected in their Compromise and Settlement Agreement ("Settlement Agreement"). The Settlement Agreement resolves all of the named plaintiff's individual disputes. It also appropriately resolves, in the opinion of Plaintiff's counsel, disputes raised on behalf of the class, without the need for class certification.

3. This case has not yet been certified as a class action. Because this case was settled early in the litigation, no motion to certify the class action is pending before the Court. Defendant

opposes certification and disputes Plaintiff's allegations both as to the merits and as to certification.

4.   The parties represent to the Court that the Settlement Agreement (1) does not bind any absent member of the class and (2) provides benefits to absent class members in Texas in the form of changes to Defendant's future collections efforts, as evidenced by the proposed judgment.

5.   In fact, the Final Judgment comprises the full injunctive relief that Plaintiff would have sought had this case been certified as a class action.

6.   Counsel for plaintiff have not been contacted by any absent class member. To the parties' knowledge, no absent class member has relied on the filing of this action as the basis for postponing any legal action of his or her own.

7.   The parties assert that entry of final judgment at this time, prior to a determination on certification and without notice to the class, is appropriate.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff and Defendant pray that the Court enter the proposed Final Judgment in this action.

Respectfully submitted,

*[signature]*

John Ventura
Texas Bar No. 20656700
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521
(956) 546-9398 Telephone
(956) 542-1478 Facsimile
**Attorney for Plaintiff**

Stephen Gardner
Texas Bar No. 07660600
Law Office of Stephen Gardner P.C.
1845 Woodall Rodgers Fwy Ste 1750
Dallas, TX 75201
(214) 954-0663 Telephone
(214) 871-8957 Facsimile
**Attorney for Plaintiff**

_/s/ Roger Wade Hughes_

Roger Wade Hughes
Texas Bar No. 10229500
Adams & Graham, L.L.P.
222 East Van Buren, West Tower
Harlingen, Texas 78550
(956) 428-7495 Telephone
(956) 428-2954 Facsimile
**Attorney for Defendant**

Manuel H. Newburger
Texas Bar No. 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837
(512) 476-9103 Telephone
(512) 476-9253 Facsimile
**Attorney for Defendant**