IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 12 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JORGE GRACIA, individually and on behalf of all similarly situated persons, Plaintiffs | § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-171 |
| WAL-MART STORES, INC. Defendant. | § § § | |

## FINAL JUDGMENT

ON THIS DAY came on to be heard joint motion of the parties for entry of final judgment (Docket No 16). The Court finds that such motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Defendant Wal-Mart Stores, Inc. be, and is hereby permanently enjoined, within the State of Texas, from making any threat of criminal prosecution in its collection letters other than language expressly permitted by statute. The Court notes, however, that this injunction is entered into voluntarily, and solely for the purpose of compromising and settling claims that Defendant hotly disputes. The Court further notes that Defendant is not found to have engaged in any unlawful conduct, and while it continues to dispute its liability, it has agreed to be enjoined from in the future doing that which it represents to the Court it already voluntarily stopped doing.

IT IS FURTHER ORDERED all remaining claims and causes of action in this case are dismissed with prejudice as to Plaintiff and without prejudice as to any unnamed class members. Certification is denied as moot.

IT IS FURTHER ORDERED that all costs of court are hereby taxed against the party incurring same.

The Court intends this to be a final order for all purposes, and therefore all relief not expressly granted herein is denied.

SIGNED this 12th day of April, 2002.

_____
UNITED STATES DISTRICT COURT

APPROVED:

_____                    _____
John Ventura                                                                   Roger Wade Hughes
Texas Bar Number 20656700                                      Texas Bar No. 10229500

ATTORNEY FOR PLAINTIFF                                      ATTORNEY FOR DEFENDANT